**SEALED**

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | NO. 3-14CR-0218L |
| FARES MALALHA | | |

INDICTMENT

The Grand Jury Charges:

Count One
Bulk Cash Smuggling
(Violation of 31 U.S.C. § 5332(a))

On or about January 9, 2013, in the Northern District of Texas, the defendant, **Fares Malalha**, with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, did knowingly conceal in his luggage more than $10,000.00, namely FIFTY THOUSAND DOLLARS ($50,000.00) UNITED STATES CURRENCY, and did transport and attempt to transport and transfer such currency from a place within the United States, that is, Dallas-Fort Worth International Airport in Texas, to a place outside the United States, that is, the nation of Jordan.

In violation of 31 U.S.C. § 5332(a).

Indictment - Page 1

A TRUE BILL

_[signature]_
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_[signature]_
J. MARK PENLEY
Assistant United States Attorney
Texas State Bar No. 15750700
LARA L. BURNS
Special Assistant United States Attorney
Louisiana Bar Roll No. 24987
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile:   214.659.8805
mark.penley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

FARES MALALHA

SEALED INDICTMENT

31 U.S.C. § 5332(a)
Bulk Cash Smuggling

31 U.S.C. § 5332(b)
Forfeiture Notice

1 Count

A true bill rendered

DALLAS                                                                                   FOREPERSON

Filed in open court this 4th day of June 2014.

                                                                                              Clerk

Warrant to be Issued

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
No Criminal matter pending