CJA 7
(Rev. 9/05)

LOCATION CODE _____

Docket No. __3:14-CR-218-L__

**ORDER TERMINATING APPOINTMENT OF COUNSEL** ☐
__USA__ vs. __Fares Malalha__   **and/or**   Check one or both
**AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS**   ☑

WHEREAS, __The Federal Public Defender__ was appointed as counsel for the above defendant/petitioner, on the __11t__ day of __June__, __2014__ ; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

☐ ORDERED that the appointment of said counsel is hereby terminated.

☑ AUTHORIZED/DIRECTED that such funds in the amount of $ __200.00__ be paid by said defendant/petitioner or by __30 days after each court appearance__ as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

The Defendant shall pay $100.00 to the clerk of the court for every court appearance his appointed attorney attends on his behalf. The $100.00 shall be paid within 30 days of each appearance.

Defendant's first payment of $100.00 is due on 7/1/2014

Dated this _____ day of _____

United States Judge/Magistrate

DISTRIBUTION:   COURT'S FILE   COURT APPOINTED COUNSEL   PERSON REPRESENTED   CLERK'S FILE